```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

UNITED STATES OF AMERICA        )
ex rel. ALBERT LEE #B60072,     )
                                )
            Petitioner,         )
                                )
    v.                          )    No. 10 C 6342
                                )
DAVE REDNOUR,                   )
                                )
            Respondent.         )
```

MEMORANDUM ORDER

More than a year ago (on October 7, 2010) this Court issued a memorandum order ("Order") dealing with the then-recent Petition for Writ of Habeas Corpus ("Petition") that Albert Lee ("Lee") had filed challenging his conviction and sentencing on state court charges of murder and armed robbery. As the Order pointed out (and as Lee himself had acknowledged), none of the claims that he sought to advance in the Petition had been exhausted through the complete pursuit of those claims via state court post-conviction proceedings. That being the case, the Order dismissed the Petition without prejudice.

Silence has descended during the nearly-14-month period that has elapsed since issuance of the Order. Meanwhile this Court, as promised in the Order, has continued to retain its chambers file in anticipation of Lee's possible renewal of his federal habeas efforts if he strikes out in the state court system. Lee ought to bring this Court up to date in that respect, and he is therefore ordered to file an informational report as to the

current status of his state court efforts on or before December 21, 2011.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date:  December 5, 2011